# United States District Court

## Eastern District of California

### CORRECTED (per Stipulation of 3/30/2006)

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**BEEF PACKERS, INC.** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **1:04CR05342-OO1**<br><br>A CAPOZZI, 1233 N Shaw Ave #102 93711<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]   pleaded guilty to count(s): <u>ONE of the Information</u> .
[ ]   pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]   was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. 1018 and 2 | AIDING and ABETTING A FALSE OFFICIAL WRITING (Class A Misdemeanor) | 09/22/2003 - 09/23/2003 | ONE |

   The defendant is sentenced as provided in pages 2 through <u>6</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ]   Count(s) ___ (is)(are) dismissed on the motion of the United States.

[ ]   Indictment is to be dismissed by District Court on motion of the United States.

[ ]   Appeal rights given.          [✔]   Appeal rights waived.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| |
|---|
| NOVEMBER 24, 2004 |
| Date of Imposition of Judgment |
| |
| /s/ Sandra M. Snyder |
| Signature of Judicial Officer |
| |
| **SANDRA M. SNYDER**, United States Magistrate Judge |
| Name & Title of Judicial Officer |
| |
| 3/30/2006 |
| Date |

AO 245B-CAED (Rev. 3/04) Sheet 4 - Probation    Case 1:04-cr-05342-SMS   Document 11   Filed 03/30/06   Page 2 of 6

CASE NUMBER:        1:04CR05342-OOQ                                         Judgment - Page 2 of 6
DEFENDANT:          BEEF PACKERS, INC.

# PROBATION

The defendant is hereby sentenced to probation for a term of 5 YEARS .
Defendant, Beef Packers, Inc., placed Five (5) years unsupervised probation with terms and conditions:

(a) Upon engaging in any commercial motor carrier operations (commonly referred to as "trucking"), the defendant shall have secured all proper federal, state and local permits, and be in compliance with all applicable federal state and local laws and regulations pertaining to those operations.

(b) Upon engaging in any commercial motor carrier operations, the defendant shall immediately notify, via certified mail, the: (1) United States Department of Transportation, Federal Motor Carrier Safety Administration, California Division, 1325 J Street, Suite 1540, Sacramento, California 95814; and (2)United States Department of Transportation, Office of Inspector General, Investigations, San Francisco Region, 201 Mission Street, Suite 2310
San Francisco, California 94105.

(c) Upon engaging in any commercial motor carrier operations, the defendant shall immediately hire one full-time employee as a safety compliance director.  Said employee's sole duty will be to ensure that BEEF PACKERS, INC. as well as any and all of its employees and agents are in full compliance with all applicable federal, state and local laws regulating such operations.  In addition to ensuring compliance with all applicable laws and regulations, the  safety compliance director shall specifically ensure that BEEF PACKERS, INC., as well as any and all of its employees and agents comply with the Hours of Service rules and regulations promulgated by the Federal Motor Carrier Safety Administration.

(d) Before employing the safety compliance director  described in subparagraph "c" above, the defendant shall notify in writing, via certified mail, the Federal Motor Carrier Safety Administration and the U.S. Department of Transportation's Office of Inspector General at the addresses set out in subparagraph "b" above.  That notification shall include the proposed employee's driver's license number and issuing state, current address, telephone number, and summary of qualifications for undertaking such employment.  In particular, the summary must describe the proposed employee's experience and qualifications as they relate to compliance with FMCSA's rules and regulations. Said employee shall not begin employment with the defendant until the defendant has received approval, in writing, from the Office of Inspector General.  Should the  safety compliance director cease employment with the defendant, the defendant shall immediately adhere to the procedures outlined in subparagraphs "c" and "d" above once again.

(e) Within six (6) months of the date upon which his or her employment with the defendant begins, the safety compliance

AO 245B-CAED (Rev. 3/04) Sheet 4 - Probation      Case 1:04-cr-05342-SMS   Document 11   Filed 03/30/06   Page 3 of 6

CASE NUMBER:        1:04CR05342-OOQ                                              Judgment - Page 3 of 6
DEFENDANT:          BEEF PACKERS, INC.

      director shall develop and implement a comprehensive safety compliance program whereby BEEF PACKERS, INC., as well as any and all of its employees and agents, will systematically maintain compliance with all of FMCSA's commercial motor carrier rules and regulations generally, and Hours of Service regulations, specifically. Said compliance program shall be submitted in writing via certified mail to the Federal Motor Carrier Safety Administration and the U.S. Department of Transportation's Office of Inspector General at the addresses set out in subparagraph "b" above. Within FMCSA's regulatory authority, both of these entities may then make written modifications to the compliance program, which the defendant shall implement within a reasonable period of time thereafter.

(f) During the six months in which the defendant is developing a safety compliance program, the defendant shall remain bound by this plea agreement to comply with all applicable federal, state and local rules and regulations pertaining to commercial motor carrier operations, including Hours of Service rules.

(g) During the five-year term of unsupervised probation specified in this plea agreement, the defendant shall submit an annual report in writing via certified mail to the Federal Motor Carrier Safety Administration and the U.S. Department of Transportation's Office of Inspector General at the addresses set out in subparagraph "b" above. The annual report shall address: (1) BEEF PACKERS, INC.'s, as well as any and all of its employees' and agents' compliance with the program specified in subparagraphs "c" through "f" above; (2) any specific instances of noncompliance; (3) internal remedial action as a result of noncompliance; and (4) legal and regulatory actions taken against BEEF PACKERS, INC., as well as any and all of its employees and agents as a result of noncompliance.

(h) The annual report specified in paragraph "g" above will be due at the Federal Motor Carrier Safety Administration and the U.S. Department of Transportation's Office of Inspector General on the annual anniversary of the date of the entry of this plea agreement, during the five-year term of unsupervised probation.

(i) The parties agree that, in this Memorandum of Plea Agreement, the phrase "upon engaging in any commercial motor carrier operations (commonly referred to as 'trucking')" shall be construed to mean any commercial motor carrier operations, whether they be conducted by BEEF PACKERS, INC. directly, by a subsidiary, by any related company, or by any entity which BEEF PACKERS, INC. contracts or causes any other entity to contract with.

(j) The provisions of subparagraph "I" above shall not be applicable in the event that BEEF PACKERS,

```
            INC. contracts with an independent company to
            conduct its commercial motor carrier operations, provided
            that such a company: (1) is an existing commercial motor
            carrier as of the date of entry of the plea in this case;
            (2) has a valid U.S. Department of Transportation motor
            carrier number; (3) was assigned at least a "satisfactory"
            rating by the Federal Motor Carrier Safety Administration
            during its last safety compliance review, if any.
     (k)    The provisions of subparagraph "I" above shall be
            immediately applicable in the event BEEF PACKERS,
            INC. contracts with an independent company, to conduct its
            commercial motor carrier operations and said company: (1) is
            not in existence as of the date of entry of the plea in this
            case; (2) is one to whom BEEF PACKERS, INC. sells or leases
            all or substantially all of its trucks and trailers to; (3)
            is one where BEEF PACKERS, INC., its officers or employees
            hold any financial interest, including but not limited to
            stock ownership; and (4) is one whom BEEF PACKERS, INC.
            allows the use of any of its facilities or employees in any
            way.
```

Parties stipulated on the record to the Terms and Conditions of Probation re: Plea Agreement pages 4, 5, 6, 7, thru line 24 on page 8.


The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[ ]     The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[ ]     The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[ ]     The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]     The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[ ]     The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

AO 245B-CAED (Rev. 3/04) Sheet 5 - Criminal Monetary Penalties

Case 1:04-cr-05342-SMS   Document 11   Filed 03/30/06   Page 5 of 6

CASE NUMBER:        1:04CR05342-OOQ                                          Judgment - Page 5 of 6
DEFENDANT:          BEEF PACKERS, INC.

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

AssessmentFineRestitution
Totals:$ 125.00$ 5,000.00$

[ ]The determination of restitution is deferred until __ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ]The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

**Name of PayeeTotal Loss*Restitution OrderedPriority or Percentage**

TOTALS:$ __ $ __

[ ]Restitution amount ordered pursuant to plea agreement $ __

[ ]The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ]   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

[ ]   The interest requirement is waived for the[ ]  fine[ ] restitution

[ ]   The interest requirement for the [ ] fine[ ] restitution is modified as follows:

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

CASE NUMBER: 1:04CR05342-OOQ  Judgment - Page 6 of 6
DEFENDANT: BEEF PACKERS, INC.

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

**A**[✔] Lump sum payment of $ __5,125.00__ due immediately, balance due

[ ] not later than ___ , or
[ ] in accordance with [ ] C, [ ] D, [ ] E, or [ ] F below; or

**B**[ ] Payment to begin immediately (may be combined with [ ] C, [ ] D, or [ ] F below); or

**C**[ ] Payment in equal ___ (e.g., weekly, monthly, quarterly) installments of $ ___ over a period of ___ (e.g., months or years), to commence ___ (e.g., 30 or 60 days) after the date of this judgment; or

**D**[ ] Payment in equal ___ (e.g., weekly, monthly, quarterly) installments of $ ___ over a period of ___ (e.g., months or years), to commence ___ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E**[ ] Payment during the term of supervised release will commence within ___ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**[✔] Special instructions regarding the payment of criminal monetary penalties: Court notes defendant, Beef Packers, Inc., paid Fine of $5,000.00 and Special Assessment of $125.00 by cashier check to the Clerk of The Court, receipt # 101-6230 on November 24, 2004.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including costs of prosecution and court costs.